UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

FILED
SEP 16 2015

******************************************************************************

| | | |
|---|---|---|
| JULIE A. AXNESS, | * | CIV 14-4078 |
| Plaintiff, | * | |
| vs. | * | ORDER OF DISMISSAL |
| AQREVA LLC; CARLA CAMPBELL; CHILD & ADOLESCENT NEUROLOGY, LLC; and DR. JORGE SANCHEZ, | * | |
| Defendants. | * | |

******************************************************************************

The Court has been advised that the case has been settled. Accordingly,

IT IS ORDERED that this action is hereby dismissed without costs and with prejudice, each party to pay their own costs. Any party, on good cause shown on or before October 16, 2015, may move to vacate this Order of Dismissal and reopen this action if settlement is not consummated. The Court also retains ancillary jurisdiction to enforce all settlement agreements entered into by the parties and their representatives. *See Harris v. Arkansas State Highway and Transp. Dep't*, 437 F.3d 749 (8th Cir. 2006).

Dated this 16th day of September, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: _____
Deputy